Elizabeth A. G. Mecum v. C. Adelbert Becker.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Emil B. Abbott v. S. T. W. Sanford & Sons.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Charlotte E. Bartlett v. James G. Stewart.— Application denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

General Rubber Company v. Elias C. Benedict.— Motion granted; question certified. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Joseph Larocque v. New York Herald Company.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Sam Bacharach v. American Union Realty Company.— Motion denied, with ten dollars costs.— Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Elizabeth Goodenough v. Wood Harmon Warranty Company.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Vulcan Detinning Company v. Franz A. Assman and Others.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Vulcan Detinning Company v. Franz A. Assmann and Others.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

German Savings Bank v. Philip Wagner.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William S. Herreshoff v. American and British Manufacturing Company.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William Geppert v. Musical America Company. William Geppert v. Musical America Company.— Motions denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William Geppert v. Musical America Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William Geppert v. Music Trades Company.— Motion for stay denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William Geppert v. Music Trades Company.— Motion to dismiss appeal granted, with ten dollars costs. . Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of the Application of Chebra Bikor Cholem B'Nai Israel. — Motion granted. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.